No. 4, October Term, 1942. UNITED STATES *v.* JOHNSON; and

No. 5, October Term, 1942. UNITED STATES *v.* SOMMERS ET AL. October 11, 1943. MR. JUSTICE MURPHY, MR. JUSTICE JACKSON, and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. 319 U. S. 503.

No. 517, October Term, 1942. AJELLO *v.* PAN AMERICAN AIRWAYS CORP. ET AL. October 11, 1943. Fourth petition for rehearing denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 319 U. S. 784.

No. 940, October Term, 1942. POTTS, TRADING AS SOUTHERN PROGRESS PUBLISHING CO., *v.* DIES. October 11, 1943. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 319 U. S. 762.

No. 1003, October Term, 1942. LUBAR, TRUSTEE, *v.* HARTMAN. October 11, 1943. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 319 U. S. 767.

No. 1064, October Term, 1942. PREBYL *v.* PRUDENTIAL INSURANCE CO. ET AL. October 11, 1943. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 1069, October Term, 1942. KUSHNER *v.* UNITED STATES. October 11, 1943. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.